UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RAVYNNE GILMORE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MERRILL LYNCH, PIERCE, FENNER, AND SMITH INC. AND CO., et al., <br><br> Defendants. | 21-11553 <br><br> **ORDER DISMISSING CASE** <br><br> HONORABLE TERRENCE G. BERG |

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED without prejudice.

                                                BY THE COURT:

                                                /s/Terrence G. Berg
                                                TERRENCE G. BERG
                                                United States District Court Judge

Dated:       November 29, 2022